

## Schreiber/Cohen, LLC
www.schreiblaw.com

**MAIN OFFICE**
53 Stiles Road Suite A102 - Salem, NH 03079
Tel (603)870-5333   Toll Free (800)423-8142

| | |
|---|---|
| Date: | July 3, 2017 |
| Re: | Midland Funding, LLC as Assignee of SYNCHRONY BANK |
| Our File #: | 0725 |
| Balance: | $1,475.41 |
| Client Acct #: | 8976 |

53 Stiles Rd
Suite # A102
Salem, NH 03079-0111

Icela Reyes

Dear Icela Reyes:

This law firm represents our above named client. The original creditor is SYNCHRONY BANK. The last four (4) digits of the original creditor's account numbers are: 8976.

**CONSUMER NOTICE PURSUANT TO 15 U.S.C. SECTION 1692(g)**

You are hereby given notice of the following information concerning the above referenced debt. Unless, within 30 days after receipt of this notice you dispute the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector. If you notify us in writing within the thirty day period that the debt or any portion thereof is disputed, we will obtain verification of the debt, or a copy of a judgment against you, and we will mail such verification or judgment to you. In addition, upon your written request within the thirty day period, this firm will provide the name and address of the original creditor if the original creditor is different from the current creditor.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

If you have any questions, please contact this office at toll free at (800) 423-8142 between the hours of 8:30AM and 5:30PM (ET) Monday - Friday.

Very truly yours,
Schreiber/Cohen, LLC

**NOTICE OF IMPORTANT RIGHTS TO MASSACHUSETTS CONSUMERS**

YOU HAVE THE RIGHT TO MAKE WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

▲ Please Return Coupon with Remittance ▲

| | |
|---|---|
| Re: | Midland Funding, LLC as Assignee of SYNCHRONY BANK |
| Our File #: | 0725 |
| Balance: | $1,475.41 |
| Client Acct #: | 8976 |

Schreiber/Cohen, LLC
53 Stiles Road Suite A102
Salem, NH 03079